UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-03646-RMR-KAS

BIOMODAL LIMITED, and
CHILDREN'S MEDICAL CENTER CORPORATION,

Plaintiffs,

v.

WATCHMAKER GENOMICS, INC.,

Defendant.

---

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY PENDING RULING ON MAGISTRATE JUDGE STARNELLA'S RECOMMENDATION**

---

Before the Court is a Joint Motion to Stay Discovery Pending Ruling on Magistrate Judge's Recommendation on Defendant's Motion to Dismiss [#51]. For good cause shown, the Court GRANTS the joint motion. This case is stayed pending a ruling on Plaintiffs' forthcoming objections to Magistrate Judge Starnella's recommendation to grant Defendant's motion to dismiss.

If the Court's ruling on Defendant's motion to dismiss does not resolve this case in full, the parties shall file a proposed amended scheduling order within 14 days of the Court's ruling.

SO ORDERED,

____________________

Hon. Kathryn A. Starnella
U.S. Magistrate Judge